**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Vacation Fun, LLC** |

| | |
|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-5321814** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **907 West Broadway**<br>**Anaheim, CA 92805**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Vacation Fun, LLC**                                              Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Vacation Fun, LLC**                                    Case number *(if known)*
_____
Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____

                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____

              Contact name  _____

              Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**     .     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Vacation Fun, LLC**                                                    Case number (*if known*) _____
     Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 13, 2016**
             MM / DD / YYYY

**X** /s/ Stephanie Mendoza                              **Stephanie Mendoza**
   Signature of authorized representative of debtor          Printed name

Title  **Manager**

---

**18. Signature of attorney**

**X** /s/ Michael Avanesian                    Date **September 13, 2016**
   Signature of attorney for debtor                    MM / DD / YYYY

**Michael Avanesian**
Printed name

**Avanesian Law Firm**
Firm name

**801 N. Brand Blvd. Suite #1130**
**Glendale, CA 91203**
Number, Street, City, State & ZIP Code

Contact phone  **818-276-2477**      Email address  **Michael@avanesianlaw.com**

**278685**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Vacation Fun, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arel's General Cleaning Company<br>4625N West Chapman Avenue Suite 5<br>Orange, CA 92868** | | **Services** | | | | **$395.00** |
| **Arturo Helguera** | | **Services** | | | | **$500.00** |
| **City of Anaheim<br>200 South Anaheim Boulevard<br>5th Floor<br>Anaheim, CA 92805** | | **General services** | | | | **$613.68** |
| **City of Anaheim<br>200 South Anaheim Boulevard<br>5th Floor<br>Anaheim, CA 92805** | | **Fines** | | | | **$10,000.00** |
| **City of Anaheim<br>City Auditor<br>200 South Anaheim Boulevard<br>5th Floor<br>Anaheim, CA 92805** | | **907 West Broadway, Anaheim, CA 92805** | | **$10,000.00** | **$700,000.00** | **$10,000.00** |
| **Civic Financial Services<br>2015 Manhattan Beach Boulevard Suite 106<br>Redondo Beach, CA 90278** | | **907 West Broadway, Anaheim, CA 92805** | | **$560,000.00** | **$700,000.00** | **$519,095.77** |
| **Dan Edward Brouguire<br>3884 Locust Street<br>Chino, CA 91710** | | **907 West Broadway, Anaheim, CA 92805** | | **$87,000.00** | **$700,000.00** | **$87,000.00** |
| **Frank Francis** | | **Services** | | | | **$400.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Vacation Fun, LLC**                                          Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gilles Sensenbrenner 2006 Trust 9030 West Sahara Avenue, Suite 724 Las Vegas, NV 89117** | | **907 West Broadway, Anaheim, CA 92805** | | **$125,000.00** | **$700,000.00** | **$125,000.00** |
| **Jeffrey Staley 401 West Orangewood Avenue Suite L101 Anaheim, CA 92802** | | **Services** | | | | **$106.00** |
| **Meghan Shigo 222 South Harbor Boulevard Suite 530 Anaheim, CA 92805** | | **Services** | | | | **$500.00** |
| **Orange County Accessor Department 11 Civic Center Plaza 625 North Ross Street, Suite 142 Santa Ana, CA 92701** | | **Taxes** | | | | **$2,300.00** |
| **State Franchise Board P.O. Box 942857 Sacramento, CA 94257** | | **Taxes** | | | | **$800.00** |

Vacation Fun, LLC
907 West Broadway
Anaheim, CA 92805


Michael Avanesian
Avanesian Law Firm
801 N. Brand Blvd. Suite #1130
Glendale, CA 91203


Arel's General Cleaning Company
4625N West Chapman Avenue
Suite 5
Orange, CA 92868


BSI Financial Services
1425 Greenway Drive, Suite 400
Jefferson, SD 57038


City of Anaheim
City Auditor
200 South Anaheim Boulevard
5th Floor
Anaheim, CA 92805


Civic Financial Services
2015 Manhattan Beach Boulevard
Suite 106
Redondo Beach, CA 90278


Dan Edward Brouguire
3884 Locust Street
Chino, CA 91710


Entra Default Solutions, LLC
1355 Willow Way., Suite 115
Concord, CA 94520

Gilles Sensenbrenner 2006 Trust
9030 West Sahara Avenue, Suite 724
Las Vegas, NV 89117


Jeffrey Staley
401 West Orangewood Avenue
Suite L101
Anaheim, CA 92802


Meghan Shigo
222 South Harbor Boulevard
Suite 530
Anaheim, CA 92805


Orange County Accessor Department
11 Civic Center Plaza
625 North Ross Street, Suite 142
Santa Ana, CA 92701


State Franchise Board
P.O. Box 942857
Sacramento, CA 94257


Wedgeood
2015 Manhattan Beach Boulevard
Suite 100
Redondo Beach, CA 90278

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Avanesian** <br> **801 N. Brand Blvd. Suite #1130** <br> **Glendale, CA 91203** <br> **818-276-2477 Fax: 818-208-4550** <br> California State Bar Number: **278685** <br> **Michael@AvanesianLaw.com** | |
| ■ *Attorney for:* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re: <br>    **Vacation Fun, LLC** <br> <br> Debtor(s), <br> <br> Plaintiff(s), <br> <br> <br> <br> <br> <br> <br> Defendant(s). | CASE NO.: <br> ADVERSARY NO.: <br> CHAPTER:  **11** |
|---|---|
| | <div align="center">**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**</div> |
| | <div align="center">[No hearing]</div> |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Michael Avanesian 278685** _____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

   b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **September 13, 2016** | By:  **/s/ Michael Avanesian** |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:    **Michael Avanesian 278685** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                        **F 1007-4.CORP.OWNERSHIP.STMT**